# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR243 |
| vs. | ) | ORDER |
| MARCUS JEFFERSON, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Marcus Jefferson (Jefferson) to review detention (Filing No. 38). Jefferson was detained following a detention hearing on June 7, 2013 (Filing No. 12). Jefferson has an extensive criminal history including convictions for failure to appear. Even though some state charges have been dismissed, such event does not diminish Jefferson's danger to the community based on his extensive criminal history. The motion to review detention (Filing No. 38) is denied.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge