IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:13CR243
                               )
      v.                       )
                               )
MARCUS JEFFERSON,              )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the findings and recommendation of the magistrate judge (Filing No. 39), recommending that defendant's motion to suppress (Filing No. 22) be denied.  No objections have been filed by the defendant.

The Court has reviewed the motion, the brief filed in support of said motion (Filing No. 23), the brief in opposition to the motion (Filing No. 25), and the unredacted transcript of the hearing (Filing No. 32), and finds the recommendation of the magistrate judge should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The findings and recommendation are approved and adopted.

2) Defendant's motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Tuesday, November 12, 2013, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  The schedule will give the parties time to prepare for trial or pursue plea negotiations and will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between October 9, 2013, and November 12, 2013, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court