IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR243 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS JEFFERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 72) the petition for warrant or summons for offender under supervision (Filing No. 69). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion is granted; the petition for warrant or summons for offender under supervision is dismissed.

2) The remainder of defendant's term of supervised release is terminated.

DATED this 28th day of September, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court